FILED
October 23, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR.S-08-0482-LKK
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
VENUS LATRES DAWSON, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release VENUS LATRES DAWSON, Case No. CR.S-08-0482-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $20,000.00.

  _X_ Unsecured Appearance Bond

  ____ Appearance Bond with Surety

  _X_ (Other) Conditions as previously stated on the record.

  ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/23/08  at 3:22 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge