McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-cr-482 LKK |
| | ) | |
| Plaintiff, | ) | ORDER AFTER HEARING |
| | ) | EXCLUDING TIME |
| v. | ) | |
| | ) | |
| VENUS LATRES DAWSON, | ) | DATE: January 21, 2009 |
| | ) | TIME: 9:15 a.m. |
| Defendant. | ) | COURT: Hon. Lawrence K. Karlton |
| | ) | |

    This matter came before the Court on November 17, 2008 for status conference. Assistant U.S. Attorney Samantha Spangler appeared for the United States. Attorney Joseph Wiseman appeared with and on behalf of the defendant. After hearing from counsel regarding the status of the case, the Court set a further status conference for January 21, 2009, at 9:15 a.m. With the agreement of both counsel and the defendant, the Court excluded time from the Speedy Trial Act calculation pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(8)(B)(iv) to give counsel reasonable preparation time. The Court finds that the interests of justice served by the granting

///

///

1

1 | of the continuance outweigh the interests of the public and the
2 | defendant in a speedy trial.
3 |     IT IS SO ORDERED.
4 | DATED: November 24, 2008

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```