LAWRENCE G. BROWN
Acting United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CASE NO. 2:08-cr-482 LKK |
| Plaintiff,  ) | ORDER AFTER HEARING |
|   ) | EXCLUDING TIME |
| v.  ) | |
| VENUS LATRES DAWSON,  ) | DATE: March 3, 2009 |
|   ) | TIME: 9:15 a.m. |
| Defendant.  ) | COURT: Hon. Lawrence K. Karlton |

This matter came before the Court on January 21, 2009 for status conference. Assistant U.S. Attorney Samantha Spangler appeared for the United States. Attorney Joseph Wiseman appeared on behalf of the defendant, who was not present and has a waiver of appearance on file. After hearing from counsel regarding the status of the case, the Court set a further status conference for March 3, 2009, at 9:15 a.m. With the agreement of both parties, the Court excluded time from the Speedy Trial Act calculation pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(8)(B)(iv) to give counsel reasonable preparation time. The Court finds that the interests of

///

///

1

1 | justice served by the granting of the continuance outweigh the
2 | interests of the public and the defendant in a speedy trial.
3 |      IT IS SO ORDERED.
4 | DATED: February 2, 2009

                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT