LAWRENCE G. BROWN
Acting United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-482 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| VENUS LATRES DAWSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Stipulation</u>

The parties are in the process of negotiating a plea agreement. Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for March 3, 2009, may be continued to March 31, 2009, at 9:15 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of March 31, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

///

1

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: March 2, 2009     LAWRENCE G. BROWN
              Acting United States Attorney


            by  /s/ Samantha S. Spangler
                Samantha S. Spangler
                Assistant U.S. Attorney


DATED: March 2, 2009   by  /s/ Samantha S. Spangler for
                Joseph J. Wiseman
                Counsel for Defendant
                Venus Latres Dawson

<u>Order</u>

Good cause appearing, the status conference scheduled for March 3, 2009, is ordered continued to March 31, 2009, at 9:15 a.m. The court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of March 31, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

IT IS SO ORDERED.

DATED: March 2, 2009

            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT