**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**VENUS DAWSON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. CRS 08-0482 LKK |
|                                     ) | |
|             Plaintiff,              ) | |
|                                     ) | **STIPULATION AND ORDER TO** |
|      vs.                            ) | **CONTINUE SENTENCING** |
|                                     ) | |
| VENUS DAWSON,                       ) | |
|             Defendant.              ) | |
|                                     ) | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Samantha S. Spangler, Assistant United States Attorney, and Defendant, VENUS DAWSON, through her counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for August 4, 2009 at 9:15 a.m., be rescheduled to August 25, 2009 at 9:15 a.m.

Pursuant to this stipulation, Defendant's Motion to Correct the Presentence Report is due on August 11, 2009, and Plaintiff's Opposition/Reply to said motion is due on August 18, 2009.

The parties are requesting this continuance because Defendant's counsel will be in trial in *People v. Burlew,* in Sacramento County Superior Court beginning August 3, 2009.  The trial is

/ / / / /

/ / / / /

1  expected to last for two weeks.

2  Dated: July 22, 2009                           Respectfully submitted,

3                                                 JOSEPH J. WISEMAN, P.C.

4                                                 By:    /s/ Joseph J. Wiseman

5                                                     JOSEPH J. WISEMAN
                                                      Attorney for Defendant
6                                                     VENUS DAWSON

7  Dated: July 22, 2009                           LAWRENCE G. BROWN
                                                  United States Attorney
8

9
                                                  By:    /s/ Samantha S. Spangler
10                                                    SAMANTHA S. SPANGLER, AUSA
                                                      Attorney for Plaintiff
11                                                    UNITED STATES OF AMERICA

12

13

14

15                                   **ORDER**

16      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the

17  sentencing of Defendant VENUS DAWSON in the above-captioned case shall be continued to

18  August 25, 2009 at 9:15 a.m.

19  Dated:  July 29, 2009

20

21  _____
    LAWRENCE K. KARLTON
22  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
23

24

25

26

27

28

2

Stipulation And Proposed Order To Continue Sentencing                    Case No. CRS 08-0482 LKK