1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JOSEPH J. WISEMAN, P. C.**
2     **1477 Drew Avenue, Suite 106**
      **Davis, California 95618**
3     **Telephone:  530.759.0700**
      **Facsimile:    530.759.0800**
4
   **Attorney for Defendant**
5  **VENUS DAWSON**

6

7                           IN THE UNITED STATES DISTRICT COURT

8                          FOR THE EASTERN DISTRICT OF CALIFORNIA

9                                       SACRAMENTO DIVISION

10

11 | UNITED STATES OF AMERICA,           ) Case No. CRS 08-0482 LKK
                                         )
12 |            Plaintiff,                )
                                         ) **STIPULATION AND ORDER TO**
13 |     vs.                              ) **EXTEND VOLUNTARY SURRENDER**
                                         ) **DATE**
14 | VENUS DAWSON,                        )
                Defendant.                )
15 |                                      )

16       It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF

17 AMERICA, through its counsel of record, Samantha S. Spangler, Assistant United States

18 Attorney, and Defendant, VENUS DAWSON, through her counsel of record, Joseph J.

19 Wiseman, that Defendant's voluntary surrender date of November 6, 2009, at 2:00 p.m., be

20 extended to January 8, 2010 at 2:00 p.m.  The undersigned are entering into this stipulation and

21 requesting this continuance to provide Defendant additional time to make necessary guardianship

22 arrangements for her minor children, allow Defendant's mother to relocate to Defendant's

23 residence to care for Defendant's minor children, and complete necessary paperwork with the

24 Social Security Administration regarding benefits for her disabled son.

25 / / / / /

26 / / / / /

27 / / / / /

28 / / / / /

1

Stipulation And Proposed Order To Extend Voluntary                           Case No. CRS 08-0482 LKK
Surrender date

Specifically, Defendant DAWSON has been designated to serve her 18-month federal prison sentence at FCI Dublin, California.

Dated: October 7, 2009                    Respectfully submitted,

                                                JOSEPH J. WISEMAN, P.C.

                                                By:     /s/ Joseph J. Wiseman

                                                      JOSEPH J. WISEMAN
                                                      Attorney for Defendant
                                                VENUS DAWSON

Dated: October 7, 2009                         LAWRENCE G. BROWN
                                                United States Attorney

                                               By:     /s/ Samantha S. Spangler
                                                     SAMANTHA S. SPANGLER, AUSA
                                                     Attorney for Plaintiff
                                                     UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT VENUS DAWSON shall self-surrender at FCI Dublin, on or before January 8, 2010 at 2:00 p.m.

Dated:  October 14, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT