IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VENUS LATRES DAWSON.<br><br>Defendant and Judgment Debtor. | Case No.: 2:15-MC-00060-GEB-KJN<br><br>**ORDER**<br><br>Criminal Case No.: 2:08-CR-00482-LKK |
| THE HERTZ CORPORATION,<br>(and its Successors and Assignees)<br><br>Garnishee. | |

The Court, having reviewed the court files and the United States' application for an order terminating writ of garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. Accordingly, it is ORDERED that the:

    1.    Writ of Garnishment (wages) previously issued on June 2, 2015 against Venus Latres Dawson, is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B); and

    2.    The Clerk of Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: December 6, 2016

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE